# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID ANTIONE STOKES : | |
| Plaintiff : | |
| v : | Civil Action No. RDB-09-1801 |
| THE STATE OF MARYLAND : | |
| Defendant : | |

o0o

## MEMORANDUM OPINION

The above-captioned case was filed on July 8, 2009, together with a Motion to Proceed in Forma Pauperis. Because he appears indigent, Plaintiff's motion shall be granted.

The *pro se* complaint raises numerous claims against various state officials some of which relate to criminal charges against Plaintiff. Most of the claims contain scandalous accusations that are clearly a product of Plaintiff's fantasy or delusion. A complaint that is totally implausible or frivolous, such as this, may be dismissed *sua sponte* for lack of subject matter jurisdiction pursuant to Fed R. Civ. P 12 (b)(1). *See Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999); *O'Connor v. United States*, 159 F.R.D. 22 (D. Md. 1994); *see also Crowley Cutlery Co. v. United States*, 849 F.2d 273, 277 (7th Cir. 1988) (federal district judge has authority to dismiss a frivolous suit on his own initiative).

Accordingly, by separate Order which follows, the Complaint shall be dismissed.

July 15, 2009                                    /s/
Date                                             RICHARD D. BENNETT
                                                 UNITED STATES DISTRICT JUDGE